UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HARRISON VENTURES, LLC, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ALTA MIRA TREATMENT CENTER, LLC, et al.,<br><br>    Defendants. | Case No:  C 10-0188 SBA<br><br>**ORDER DENYING DEFENDANT DANIEL ROSENBERG'S MOTION TO DISMISS AS MOOT**<br><br>Docket 15 |

Defendant Daniel Rosenberg filed a motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6).  Thereafter, Plaintiff voluntarily dismissed Mr. Rosenberg from the action and filed a statement of non-opposition.  The motion is therefore moot.  The parties are reminded of their obligation to meet and confer prior to filing any motion or request, and to certify that they have complied with this requirement.  Had they done so, the instant motion could have been obviated.  Accordingly,

IT IS HEREBY ORDERED THAT Daniel Rosenberg's motion to dismiss is DENIED AS MOOT.  This Order terminates Docket No. 15.

IT IS SO ORDERED.

Dated: March 10, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge