*E-Filed 6/14/10*

1  Adam C. Dawson (State Bar No. 136551)
   Farella Braun + Martel LLP
2  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
3  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
4  E-mail:  adawson@fbm.com

5  Samuel P. Funk, Esq. (TN State Bar No. 19777)
   *Admitted Pro Hac Vice*
6  Sherrard & Roe, PLC
   424 Church Street, Suite 2000
7  Nashville, TN  37219
   Telephone:  (615) 742-4200
8  Facsimile:  (615) 742-4539
   E-mail:  sfunk@sherrardroe.com
9
   Attorneys for Defendant
10 MICHAEL CARTWRIGHT

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 14  HARRISON VENTURES, LLC, a California limited liability company; BULKLEY VENTURES, LLC, a California limited liability; and SAUSALITO ALTA MIRA, LLC, a Nevada limited liability company,<br><br>              Plaintiffs,<br><br>        vs.<br><br>ALTA MIRA TREATMENT CENTER, LLC, a Delaware limited liability company; DUAL DIAGNOSIS MANAGEMENT, L.L.C., a Tennessee limited liability company, doing business as FOUNDATIONS RECOVERY NETWORK; MICHAEL CARTWRIGHT; STERLING PARTNERS; STERLING VENTURE PARTNERS; ROB WAGGENER; DANIEL ROSENBERG; and DOES 1-20, inclusive,<br><br>              Defendants. | Case No.  C 10 0188 RS<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT AND REGARDING ALTERNATIVE DISPUTE RESOLUTION PROCEDURES; [PROPOSED] ORDER GRANTING STIPULATION**<br>*AS MODIFIED BY THE COURT<br><br>Dept:    Courtroom 3, 17th Floor<br>Judge:   Hon. Richard Seeborg |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

USDC/NDC – Case No.: C 10 0188 RS
JOINT STIPULATION FOR EXTENSION

25309\2281262.2

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On May 12, 2010, this Court filed an "Order Granting Motion to Dismiss" which provided Plaintiffs 30 days, until Friday, June 11, 2010, to file a Second Amended Complaint consistent with that Order.

In order to provide the parties with an opportunity to attempt to resolve this matter, the parties hereto propose and stipulate to a sixty (60) day extension of time for Plaintiffs to file a Second Amended Complaint, and respectfully request that the Court order that Plaintiffs will now have until Friday, August 13, 2010 to file a Second Amended Complaint, if the case is not otherwise resolved.

The parties hereto further propose and stipulate that the Court appoint either Magistrate Judge Joseph Spero or Magistrate Judge Elizabeth Laporte to hold a settlement conference, to be scheduled for a date prior to Friday, August 13, 2010.

In the alternative, if neither Magistrate Spero nor Magistrate Laporte is available, the parties hereto propose and stipulate that they will submit to mediation before the ADR program of the Northern District of California (subject to veto by any of the parties to this Stipulation) or to a private mediation, to be held prior to Friday, August 13, 2010.

At present, the parties are unaware of any other deadlines associated with this case, other than Plaintiffs' existing June 11, 2010 deadline for filing a Second Amended Complaint. In addition to the proposals set forth above, the parties hereto propose and stipulate that all case deadlines, other than the proposed August 13, 2010 deadline for Plaintiffs to file a Second Amended Complaint, be scheduled for a date after August 13, 2010.

NOW, THEREFORE, THE PARTIES HEREBY PROPOSE AND STIPULATE, by and through their undersigned counsel, that:

1. The time for Plaintiffs to file a Second Amended Complaint be extended sixty (60) days, to August 13, 2010;

2. The Court appoint Magistrate Judge Spero or Magistrate Judge Laporte to hold a settlement conference on a date before August 13, 2010;

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

USDC/NDC – Case No.: C 10 0188 RS
JOINT STIPULATION FOR EXTENSION

- 2 -

25309\2281262.2

3. In the event that ~~neither Magistrate Spero nor~~ Magistrate Laporte is available for a settlement conference before August 13, 2010, the parties hereto agree to submit to mediation before the ADR program of the Northern District of California (subject to veto by any of the parties to this Stipulation) or to a private mediation, prior to August 13, 2010; and

4. All case deadlines, other than the proposed August 13, 2010 deadline for Plaintiffs to file a Second Amended Complaint shall be scheduled for dates after August 13, 2010.

Dated: June 10, 2010                FOREMAN & BRASSO

By: /s/ Ronald D. Foreman
    Ronald D. Foreman

Attorneys for Plaintiffs

Dated: June 10, 2010                DLA PIPER LLP (US)

By: /s/ Robert J. Odson
    Robert J. Odson

Attorneys for Defendants
Alta Mira Treatment Center, LLC; Dual Diagnosis Management, LLC; Sterling DDM, Inc.; Rob Waggener; and Daniel Rosenberg

Dated: June 10, 2010                SHERRARD & ROE, PLC

By: /s/ Samuel P. Funk
    Samuel P. Funk

Attorneys for Defendant
MICHAEL CARTWRIGHT

Dated: June 10, 2010                FARELLA BRAUN + MARTEL LLP

By: /s/ Adam C. Dawson
    Adam C. Dawson

Attorneys for Defendant
MICHAEL CARTWRIGHT

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

USDC/NDC – Case No.: C 10 0188 RS
JOINT STIPULATION FOR EXTENSION                - 3 -                25309\2281262.2

# ORDER

IT IS HEREBY ORDERED that:

1. The time for Plaintiffs to file a Second Amended Complaint is extended sixty (60) days, to August 13, 2010.

2. The Court appeals ~~either Magistrate Judge Spero or~~ Magistrate Judge Laporte to hold a settlement conference to be scheduled for a date before August 13, 2010, if consistent with Judge Laporte's schedule.

3. In the event that ~~neither Magistrate Spero nor~~ Magistrate Laporte is available for a settlement conference before August 13, 2010, the parties will submit to mediation before the ADR program of the Northern District of California ~~(subject to veto by any of the parties to this Stipulation)~~ or to a private mediation, prior to August 13, 2010.

4. All case deadlines, other than the proposed August 13, 2010 deadline for Plaintiffs to file a Second Amended Complaint, shall be scheduled for dates after August 13, 2010.

DATE: 6/11/10

_____
The Honorable Richard Seeborg
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

USDC/NDC – Case No.: C 10 0188 RS
JOINT STIPULATION FOR EXTENSION
- 4 -
25309\2281262.2